# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

**HERMELINDA ANDRADE,**             )
                                    )
    **Petitioner,**                )
                                    )
**v.**                              ) Case No.:  7:15-CV-1743-VEH-JHE
                                    )
**A. WASHINGTON ADDUCI,**           )
                                    )
    **Respondent.**               )

## **MEMORANDUM OPINION**

On August 12, 2016, the magistrate judge entered a Report and Recommendation, (doc. 4), recommending that this petition for writ of habeas corpus be dismissed. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be **DISMISSED** without prejudice for lack of subject matter jurisdiction. A separate Order will be entered.

**DONE** and **ORDERED** this the 20th day of September, 2016.

*/s/ Virginia Emerson Hopkins*

**VIRGINIA EMERSON HOPKINS**
United States District Judge